UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 10-16833-JH |
| | : | |
| BAUER, HERBERT R. | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Judge Hopkins |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

     The attached check in the amount of $4.16 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Duke Energy Shared Services, Inc.<br>P. O. Box 1321 – DEC45A<br>Legal Bankruptcy<br>Charlotte, NC   28201 | 2 | 4.16 |

Dated: October 14, 2011          /s/ Thomas J. Geygan, Sr.
                                              THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee

| REMITTED TO COURT | | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
|---|---|---|---|
| | THOMAS J. GEYGAN, SR., Trustee<br>8050 Hosbrook Rd.,<br>Ste 107<br>Cincinnati, OH 45236 | 32-1/1110 TX<br>0 | **1012** |
| | | DATE | AMOUNT |
| | | 10/14/11 | ***********4.16 |

| | CASE NUMBER | | ESTATE OF |
|---|---|---|---|
| **2625089** | 10-16833 | JH | Debtor: BAUER, HERBERT R. |

PAY TO THE ORDER OF

U. S. Bankruptcy Court
Southern District of Ohio
221 E. Fourth Street, Suite 800
Cincinnati, OH  45202

*Four Dollars And 16/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001012⑆